UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Trula Bonita White, | ) | Civil Action No. 0:14-1621-MGL |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| Valley National Bank, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

Appellant Trula Bonita White ("Appellant"), proceeding *pro se*, appealed a ruling of the United States Bankruptcy Court for the District of South Carolina. (ECF No. 1.) This matter is now before the Court upon the Magistrate Judge's Report and Recommendation filed on June 27, 2014, recommending this matter be dismissed due to Appellant's failure to respond to, or comply with, directives to cure the procedural deficiencies in her appeal. Accordingly, the Magistrate Judge recommends that Appellant be denied leave to appeal the bankruptcy court order and that this action be dismissed without prejudice. (ECF No. 13 at 3.)

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Paige J. Gossett for pretrial handling. The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270, 96 S.Ct. 549, 46 L.Ed.2d 483 (1976). The Court may accept, reject, or modify, in whole or in part, the Report and Recommendation or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). The Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are

made. Appellant was advised of her right to file objections to the Report and Recommendation. (ECF No. 13 at 4.) However, she has not done so and objections were due on June 14, 2014. In the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper. Accordingly, the Report and Recommendation is incorporated herein by reference and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/Mary G. Lewis
United States District Judge

Spartanburg, South Carolina
August 11, 2014